IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY CATHERINE CORR,

    Plaintiff,
v.                                      CASE NO. 1:15-cv-282-MW-GRJ

EVELYN JONES,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* civil rights complaint and seeks leave to proceed as a pauper. ECF Nos. 1, 2. The Clerk's "notice to pro se" was mailed to Plaintiff at her address of record, but was returned to the Clerk as undeliverable. ECF No. 4. Plaintiff has not filed a change of address with the Court. Plaintiff was ordered to show cause on or before April 29, 2016, as to why this case should not be dismissed for failure to prosecute. As of the date of this Report and Recommendation, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that leave to proceed as a pauper, ECF No. 2, should be denied and that this case should be

**DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 5th day of May 2016.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.