IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARY CATHERINE CORR**,

    **Plaintiff,**

v.                                                       Case No. 1:15cv282-MW/GRJ

**EVELYN JONES,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Leave to proceed as a pauper, ECF No. 2, is **DENIED**. This case is **dismissed without prejudice** for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on June 4, 2016.**

                                                  s/Mark E. Walker           ____
                                                  **United States District Judge**